# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.            Crim. No. 5:11-CR-284-1D

RUDOLPH ARNETTE

On October 9, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain            /s/ Linwood E. King  
Michael C. Brittain            Linwood E. King  
Supervising U.S. Probation Officer            U.S. Probation Officer  
           310 New Bern Avenue, Room 610  
           Raleigh, NC 27601-1441  
           Phone: 919-861-8682  
           Executed On: January 11, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 19 day of January, 2018.

James C. Dever III  
Chief U.S. District Judge